

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-14-00109-CV

Sergio **ALANIZ**, Sr., et al.,
Appellants

v.

**JESUS MARIA ALVAREZ & ASSOCIATES**,
Ana Lisa Garza, Intervenor,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable J. Manuel Banales, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED for lack of jurisdiction. TEX. R. APP. P. 42.3(a).

It is so **ORDERED** on May 14, 2014.

_____
Rebecca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

_____
Keith E. Hottle, Clerk